# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

CBS Studios, Inc.
v.
Cheers of Rockford, Inc., Doyle W. Haynes, DBA Cheers of Rockford, Paul F. Reich, DBA Cheers of Rockford, Dawn Reich, DBA Cheers of Rockford

Case Number:

08 C 50139

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CBS Studios, Inc.

**FILED**
JUL 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Brian A. Sher | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Brian A. Sher | |
| FIRM Bryan Cave LLP | |
| STREET ADDRESS 161 North Clark Street, Suite 4300 | |
| CITY/STATE/ZIP Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6196469 | TELEPHONE NUMBER 312-602-5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |