## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| CBS Studios, Inc. <br> v. <br> Cheers of Rockford, Inc., Doyle W. Haynes, DBA Cheers of Rockford, Paul F. Reich, DBA Cheers of Rockford, Dawn Reich, DBA Cheers of Rockford | **08 C 50 1 39** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CBS Studios, Inc.

F I L E D

JUL 1 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| NAME (Type or print) <br> Mark A. Paskar |
|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/  Mark A. Paskar |
| FIRM <br> Bryan Cave LLP |
| STREET ADDRESS <br> 161 North Clark Street, Suite 4300 |
| CITY/STATE/ZIP <br> Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6271683 | TELEPHONE NUMBER <br> 312-602-5000 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐