FILED
JUL 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CBS STUDIOS INC., ) | |
| ) | |
| Plaintiff, ) | 08 C 50139 |
| ) | |
| vs. ) | Case No. _____ |
| ) | |
| CHEERS OF ROCKFORD, INC., ) | Reinhard |
| DOYLE W. HAYNES, DBA CHEERS OF ) | |
| ROCKFORD, ) | |
| PAUL F. REICH, DBA CHEERS OF ) | |
| ROCKFORD, and ) | |
| DAWN REICH, DBA CHEERS OF ROCKFORD, ) | Jury Trial Demanded |
| ) | |
| Defendants. ) | |

### Notice of Claims Involving Patents or Trademarks

Pursuant to Local Rule 3.4 ("Notice of Claims Involving Patents or Trademarks"), Plaintiff CBS Studios Inc. ("CBS") states that the numbers of the registrations upon which the above-captioned action has been brought are as follows:

- U.S. Trademark Registration No. 1,672,594;
- U.S. Trademark Registration No. 1,674,277;
- U.S. Trademark Registration No. 1,266,611;
- U.S. Trademark Registration No. 1,362,556;
- U.S. Trademark Registration No. 1,890,963;
- U.S. Trademark Registration No. 3,159,754; and
- U.S. Trademark Registration No. 3,351,894.

Respectfully submitted,

                              **BRYAN CAVE LLP**

By:      /s/ Brian A. Sher
         Brian A. Sher
         Mark A. Paskar
         M. Angela Buenaventura
         Bryan Cave LLP
         161 North Clark Street, Suite 4800
         Chicago, Illinois 60601
         Phone: (312) 602-5165
         Fax: (312) 602-5050

         Attorneys for Plaintiff
         CBS Studios Inc.