FILED
JUL 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CBS STUDIOS INC., ) | |
| ) | |
| Plaintiff, ) | 08 C 50139 |
| ) | |
| vs. ) | Case No. _____ |
| ) | Reinhard |
| CHEERS OF ROCKFORD, INC., ) | |
| DOYLE W. HAYNES, DBA CHEERS OF ) | |
| ROCKFORD, ) | |
| PAUL F. REICH, DBA CHEERS OF ) | |
| ROCKFORD, and ) | |
| DAWN REICH, DBA CHEERS OF ROCKFORD, ) | Jury Trial Demanded |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S DISCLOSURE OF CORPORATE INTERESTS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff CBS Studios Inc. states that CBS Studios Inc. is a wholly-owned subsidiary of CBS Operations Inc., which, in turn, is a wholly-owned subsidiary of CBS Corporation, a publicly-traded company.

Respectfully submitted,

**BRYAN CAVE LLP**

By: /s/ Brian A. Sher
Brian A. Sher
Mark A. Paskar
M. Angela Buenaventura
Bryan Cave LLP
161 North Clark Street, Suite 4800
Chicago, Illinois 60601
Phone: (312) 602-5165
Fax: (312) 602-5050

Attorneys for Plaintiff
CBS Studios Inc.