# United States District Court for the Northern District of Illinois

Case Number: 08-50139     Assigned/Issued By: P b.

---

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☒ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Paid: _____     Fiscal Clerk: _____

**FILED**
JUL 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ISSUANCES

**Type Of Issuance:**
☒ Summons           ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____ (Type of Writ)

4 Original and  0  copies on  7/11/08  (Date)  as to  Defendants

C:\wpwin80\docket\feeinfo.frm  01/01