AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CBS Studios, Inc.

V.

Cheers of Rockford, Inc., Doyle W. Haynes, DBA Cheers of Rockford, Paul F. Reich, DBA Cheers of Rockford, Dawn Reich, DBA Cheers of Rockford

CASE NUMBER: 08 C 50139

ASSIGNED JUDGE: Reinhard

DESIGNATED MAGISTRATE JUDGE: Mahoney

TO: (Name and address of Defendant)

Dawn Reich
8004 Shore Drive
Machesney Park, IL 61115

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark A. Paskar
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

7/11/08

DATE

CBS Studios v. Cheers of Rockford, Inc., et al.

COURT CASE NO. 08 C 50139

__Rich Myers__ deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant or witness or garnishee was served in the following manner:

I. **Personal** service in that the above documents were personally served upon the defendant.

**DEFENDANT OR DIRECT TO:**

(Name) Paul F. Reich
(Address Served) 8004 Shore Dr
(City, State, Zip) Machesney Park, IL 61115

DESCRIPTION
Male/Female (Male)
Ht. 6'
Wt. 225
Race W
Age 43

DATE/TIME
8/10/08
1345

II. **(Substituted Service)** Individual defendants **abode** by leaving a copy at the usual place of abode of each individual defendant with a person of his family of the age of 13 years or upward, informing that person of its contents and also by sending a copy in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

**PERSON LEFT WITH**

(Name) _____ / _____ (Relationship)
(Address) _____
(City, State) _____

DESCRIPTION
Male/Female
Ht.
Wt.
Race
Age

DATE/TIME
_____
_____
(Date Mailed)

III. **CORPORATE SERVICE:** By leaving a copy with (named individual) _____, (title) _____, and authorized to accept on behalf of said corporation, as follows:

**DEFENDANT CORPORATION**

(Corp. Name) _____
(Address) _____
(City, State) _____

DATE/TIME
_____

IV. That he/she was unable to serve the above-named defendant at the following listed address(es) for the following detailed reasons:

_____

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

8/11/08
Dated

(Server Signature)
IL Lic. 117-000540