IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CBS STUDIOS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHEERS OF ROCKFORD, INC., ) <br> DOYLE W. HAYNES, DBA CHEERS OF ) <br>    ROCKFORD, ) <br> PAUL F. REICH, DBA CHEERS OF ) <br>    ROCKFORD, and ) <br> DAWN REICH, DBA CHEERS OF ROCKFORD, ) <br> ) <br> Defendants. ) | Case No. 3:08-cv-50139 <br><br> Judge: Philip Reinhard <br><br> Magistrate Judge: P. Michael Mahoney |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF COMPLAINT WITH RESPECT TO DEFENDANTS CHEERS OF ROCKFORD, INC. AND DOYLE W. HAYNES ONLY

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff CBS Studios Inc., hereby voluntarily dismisses without prejudice its Complaint and gives notice of its voluntary dismissal without prejudice of its Complaint with respect to Defendants Cheers of Rockford, Inc. and Doyle W. Haynes only. The Complaint was filed on July 10, 2008 and has not been served upon Defendants Cheers of Rockford, Inc. and Doyle W. Haynes. None of the Defendants in this proceeding have served upon Plaintiff an answer or motion for summary judgment, so no court order is required for the dismissal without prejudice of the action, as requested above. Plaintiff files this notice of voluntary dismissal with the intention of dismissing the action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with respect to Defendants Cheers of Rockford, Inc. and Doyle W. Haynes only.

-2-

Respectfully submitted,

**BRYAN CAVE LLP**

By:        /s/ M. Angela Buenaventura
       Brian A. Sher
       Mark A. Paskar
       M. Angela Buenaventura
       Bryan Cave LLP
       161 North Clark Street, Suite 4300
       Chicago, Illinois  60601
       Phone:  (312) 602-5165
       Fax:  (312) 602-5050

**Attorneys for Plaintiff
CBS Studios Inc.**

-3-

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that a true and correct copy of the foregoing document was served on August 27, 2008, via U.S. Postal Service, first class mail, postage pre-paid, as follows:

Paul F. Reich  
Dawn Reich  
8004 Shore Drive  
Machesney Park, Illinois  61115

                                              /s/ M. Angela Buenaventura  
                                                M. Angela Buenaventura