# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50139 | **DATE** | 8/28/2008 |
| **CASE TITLE** | CBS Studios Inc. vs. Cheers Of Rockford, Inc. et al | | |

**DOCKET ENTRY TEXT:**

Pursuant to plaintiff's notice of voluntary dismissal [14], defendants Cheers of Rockford, Inc. and Doyle W. Haynes are dismissed without prejudice. Joint motion for entry of cosent judgment by parties CBS Studios Inc., Paul F. Reich and Dawn Reich [15] is granted. Enter Consent Injunction and Order. This case is closed.

*Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | JT |
|---|---|---|