IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**F I L E D**
AUG 28 2008
JUDGE PHILIP G. REINHARD
UNITED STATES DISTRICT COURT

|  |  |
|---|---|
| CBS STUDIOS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:08-cv-50139 |
| ) | |
| CHEERS OF ROCKFORD, INC., ) | Judge: Philip Reinhard |
| DOYLE W. HAYNES, DBA CHEERS OF ) | |
| ROCKFORD, ) | Magistrate Judge: P. Michael Mahoney |
| PAUL F. REICH, DBA CHEERS OF ) | |
| ROCKFORD, and ) | |
| DAWN REICH, DBA CHEERS OF ROCKFORD, ) | |
| ) | |
| Defendants. ) | |

## CONSENT INJUNCTION AND ORDER

**WHEREAS**, Plaintiff CBS Studios Inc. ("CBS"), commenced this action against Defendants Cheers of Rockford, Inc., Doyle W. Haynes, Paul F. Reich, and Dawn Reich, for, *inter alia*: (i) trademark infringement under Section 32 of the Lanham Act (15 U.S.C. § 1114); (ii) false designation of origin and unfair competition under 15 U.S.C. § 1125(a); (iii) dilution under Section 43(c) of the Lanham Act (15 U.S.C. § 1125(c)); (iv) common law trademark infringement and unfair competition; (v) dilution under the Illinois Trademark Registration and Protection Act (765 ILCS 1036/65); and (vi) violation of the Illinois Uniform Deceptive Trade Practices Act (UDTPA), 815 ILCS 510/1, *et seq.*, and Illinois common law, in connection with Defendants Cheers of Rockford, Inc., Doyle W. Haynes, Paul F. Reich, and Dawn Reich's use of CHEERS and CHEERS OF ROCKFORD, on and in connection with the advertising, marketing, and promotion of, inter alia, restaurant and bar services;

**WHEREAS** on August 27, 2008, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff CBS Studios, Inc., voluntarily dismissed without prejudice its Complaint against Defendants Cheers of Rockford, Inc. and Doyle W. Haynes only;

**WHEREAS,** the remaining Defendants, Paul F. Reich and Dawn Reich, represent that they have discontinued any and all use of CHEERS and CHEERS OF ROCKFORD and/or any confusingly similar variations thereof;

**WHEREAS** the remaining Defendants Paul F. Reich and Dawn Reich, have agreed to be enjoined from directly or indirectly, doing business as CHEERS or CHEERS OF ROCKFORD and/or from otherwise using the CHEERS® mark and/or any confusingly similar variations thereof, in any manner or form or any other reproduction, counterfeit, copy or colorable imitation of such marks, either alone or in combination with any other designation, on or in connection with any advertising, marketing, promoting, offer for sale or sale of any goods or services; and from otherwise competing unfairly with CBS;

**WHEREAS,** CBS has agreed to resolve the above-captioned lawsuit against Defendants Paul F. Reich and Dawn Reich subject to Paul F. Reich and Dawn Reich agreeing to the entry of the Consent Injunction and Order.

**NOW THEREFORE**, upon consent of CBS Studios, Inc., Paul F. Reich and Dawn Reich, it is hereby **ORDERED ADJUDGED AND DECREED** as follows:

1. Defendants Paul F. Reich and Dawn Reich, and their respective employees, officers, directors, agents, representatives, successors, assigns, and all persons in active concert or participation with any of them, are permanently enjoined from, directly or indirectly, doing business as CHEERS or CHEERS OF ROCKFORD and/or from otherwise using the CHEERS® mark and/or any confusingly similar variations thereof, in any manner or form or any other reproduction, counterfeit, copy or colorable imitation of such marks, either alone or in combination with any other

designation, on or in connection with any advertising, marketing, promoting, offer for sale or sale of any goods or services; and from otherwise competing unfairly with CBS. The Court shall have jurisdiction over this matter solely in order to enforce, if necessary, this Order; and

2. That CBS's Complaint against Defendants Paul F. Reich and Dawn Reich is hereby dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

**STIPULATED and AGREED:**

Dated: August 27, 2008.

**BRYAN CAVE LLP**

By: _____
Brian A. Sher
Mark A. Paskar
M. Angela Buenaventura
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Phone: (312) 602-5165
Fax: (312) 602-5050

**Attorneys for Plaintiff
CBS Studios Inc.**

**PAUL F. REICH, DEFENDANT**

_____

**DAWN REICH, DEFENDANT**

_____

**SO ORDERED:**

_____
Judge Philip Reinhard

Date: August 28, 2008

3